■ PAUL ROBINSON v. URBANA FALCONI et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before March 29, 1960, with notice of argument for the May 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ OKIE JENSEN v. JOHN ROYAL et al.— Motion to dismiss appeal denied, without prejudice to a new application in the event Special Term denies defendants' motion to amend the notice of appeal. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ B. W. DYER & CO., v. MONITZ, WALLACK & COLODNEY. SKROD & CO., INC. v. MONITZ, WALLACK & COLODNEY.— Motion for leave to dispense with printing granted on condition that the exhibits listed in the moving papers, or true copies thereof are delivered to the attorneys for the respondent at the time of service of the appellants' points, to aid said attorneys in the preparation of the respondent's points, which exhibits are to be returned to the attorney for the appellants at the time of service of the respondent's points, and on the further condition that the original exhibits are filed with this court on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ In the Matter of the Estate of PAUL KADACK, Deceased. SOLOMON KADUCK; BERNARD LEEMAN, as Executor.— Motion to dispense with printing denied, with leave, however, to renew upon a full set of motion papers, indicating the nature of the decree or order, the court from which it emanated, a statement of the merits in affidavit form and a copy of the notice of appeal with the date thereof. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ In the Matter of MARTIN SHULMAN against ELCO CONSTRUCTION CORP. LYCEE FRANCAIS DE NEW YORK, Third-Party Appellant.— Motion to make minutes of hearing before Referee part of record denied, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ RUSSELL T. WILKINS v. NEW YORK CITY TRANSIT AUTHORITY.— Motion granted insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorney for the defendant-respondent and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ CYNTHIA J. THARAUD, Individually and as a Stockholder of JAMES BROS. REALTY CO., INC. v. JAMES BROS. REALTY CO., INC., et al.— Motion to dispense with printing granted insofar as to dispense with printing of exhibits A, J, K, 19 and 20, on condition that the originals of such exhibits be filed with the Clerk of this court on the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.

■ MR. JOHN INC. v. SIMPSON FACTORS CORPORATION.— Motion granted and the appeal taken by defendant-appellant from the order of March 18, 1958 is permitted to be withdrawn, without costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.